**No. 47154.**—Protests 72583–K, etc., of Saji Trading Co., Ltd. (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the articles in question are the same in all material respects as those the subject of Abstract 45230. In accordance therewith they were held dutiable as table or household utensils, not plated, at 40 percent under paragraph 339 as claimed.

**No. 47155.**—Protest 68888–K of Quon Quon Co. (Los Angeles).

Opinion by DALLINGER, J. In accordance with stipulation of counsel that the articles in question are chiefly used in the kitchen or household or on the table for utilitarian purposes and that they are the same in all material respects as those the subject of Abstract 45722 the claim at 40 percent under paragraph 339 was sustained.

**No. 47156.**—Protests 77439–K, etc., of New York Mdse. Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the tape measures in question similar to those the subject of Abstract 43372 were held dutiable as household utensils at 40 percent under paragraph 339 as claimed. It was further stipulated that the brass base shells are similar to those the subject of Abstract 37615. They were accordingly held dutiable at 35 percent under paragraph 353 as articles having as an essential feature an electrical element or device. The protests were sustained to that extent.

**No. 47157.**—Protest 834140–G of W. X. Huber Co. (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the articles in question are chiefly used in the kitchen or household or on the table for utilitarian purposes and that they are the same in all material respects as those the subject of Abstracts 43516, 45228, and 45230. The claim at 40 percent under paragraph 339 was therefore sustained.